Timothy G. McFarlin (CBN: 223378)
LAW OFFICES OF TIMOTHY G. MCFARLIN, PLC
4 Park Plaza
Suite 1025
Irvine, CA 92614
Telephone:   (949) 206-0400
Facsimile:   (949) 206-0404
Email:  tim@mcfarlinlaw.com

Attorney(s) for Plaintiff
**JEROME J. STELLY**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME J. STELLY, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a National Association, FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC. a Texas Limited Liability Corporation, FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation, CITIGROUP GLOBAL MARKETS REALTY CORPORATION, a New York Corporation, and DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | Case No.:  SACV08-01255 CJC (RNBx)<br><br>Assigned to Judge:  Hon. Cormac J. Carney<br>Dept.: 9B<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC AND FIRST AMERICAN TITLE INSURANCE COMPANY**<br><br>Complaint Filed: November 6, 2008 |

WHEREAS, Plaintiff JEROME J. STELLY on the one hand, and Defendant FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC. a Texas Limited Liability Corporation and Defendant FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by Plaintiffs in this action shall be dismissed without prejudice, each party to bear their own costs and attorneys fees; and

1  WHEREAS, it appears to the Court that the terms of the stipulation appear
2  proper, and upon good cause showing,
3  IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiff in
4  this action shall be and hereby are dismissed without prejudice, each party to bear
5  their own costs and attorneys fees.

8  DATED: September 02, 2009         UNITED STATES DISTRICT COURT

By: _____
Hon. CORMAC J. CARNEY